# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| ROMUS ELLIS, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:21-cv-00271-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| CAMERON MASSAGEE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 13, 2024 Memorandum of Decision and Order.

February 13, 2024

Katherine Hord Simon, Clerk
United States District Court